```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Maurice Oparaji

                        Plaintiff,

        -against-                                          [23-CV-5212] (KMW)

Teachers' Retirement System of the City of                 ORDER
New York et al.

                        Defendants,
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  October 31, 2023

KIMBA M. WOOD, United States District Judge:

Plaintiff's complaint was filed on June 20, 2023, and Defendants' motion to dismiss pursuant to FCRP 12(b)(6) was submitted on October 27, 2023. In response to the Court's October 12, 2023 Order (ECF No. 15.), Plaintiff filed a letter dated on October 23, 2023 requesting 1) permission to travel out of the country until November 30, 2023, and 2) permission to file and serve his amended complaint on or before December 14, 2023 (ECF No. 19).

It is hereby ORDERED that if Plaintiff desires to amend his complaint, he must file any amended pleadings by December 14, 2023. The amended pleadings must be filed in accordance with the Southern District of New York's Local Civil Rules, including Local Civil Rule 12.1. If the amended pleadings are not received by December 14, 2023, the Court will treat the pleadings as final and no opportunity to cure shall thereafter be granted. If the Plaintiff amends his pleading, the Defendant must, within fourteen (14) days of service of the amended complaint: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court and the Plaintiff stating that it relies on the previously filed motion to dismiss.

The Clerk of Court is respectfully directed to mail Plaintiff a copy of this order.

SO ORDERED.

Dated: New York, New York
      October 31, 2023

                                        */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                            United States District Judge