```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   January 26, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Maurice Oparaji

                Plaintiff,

    -against-                                        [23-CV-5212] (KMW)

**ORDER**

Teachers' Retirement System of the City of
New York et al.

                Defendants,
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On January 24, 2024, Defendant's filed a motion to dismiss Plaintiff Oparaji's amended complaint.

      Oparaji is ordered to respond by February 23, 2024. Defendant's reply, if any, is due by March 8, 2024.

      SO ORDERED.

Dated: New York, New York
       January 26, 2024                                 /s/ Kimba M. Wood
                                                              KIMBA M. WOOD
                                                    United States District Judge