USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 27, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MAURICE OPARAJI,

                            Plaintiff,

-against-

TEACHERS' RETIREMENT SYSTEM
OF THE CITY OF NEW YORK ("TRS"),
BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF CITY
OF NEW YORK, PATRICIA REILLY,
SANFORD R. RICH, MELANIE WHINNERY

                            Defendant.

Case No.: 23-CV-5212

**MOTION SEEKING PERMISSION TO FILE LETTER FROM THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**MEMO ENDORSED**

---

Plaintiff Maurice Oparaji respectfully move this Court for permission to file dismissal and notice of rights received from the U. S. equal employment opportunity commission issued on 09/12/2024, attached hereto.

Based on this charge, Plaintiff also seeks permission to send a copy of plaintiff's Amended Verified Complaint to the Commission as demanded,

**No Court permission is needed.**

**SO ORDERED.**

**DATED: New York, New York**
        **September 27, 2024**

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

MAURICE OPARAJI
245-11 133 Road
Rosedale, New York 11422
347-283-6009

cc: H. Keith Belfield
Assistant Corporation Counsel | New York City Law Department
100 Church Street
New York, New York 10007
T: (212) 356-8767
E: hbelfiel@law.nyc.gov

Dated: September 17, 2024