USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 28, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MAURICE OPARAJI,

                    Plaintiff,

            v.                                  23-CV-5212 (KMW)

TEACHERS' RETIREMENT SYSTEM OF          **ORDER**
THE CITY OF NEW YORK, ET AL.,

                    Defendants.

---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       On October 24, 2024, Defendants filed a motion to dismiss Plaintiff Oparaji's Second Amended Complaint. (ECF No. 46.)

       Oparaji is ordered to respond by November 25, 2024. Defendants' reply, if any, is due by December 9, 2024.

       SO ORDERED.

Dated: New York, New York
       October 28, 2024                               */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                           United States District Judge